**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 693 MAL 2018

              Respondent       :

                            :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

              v.                :

                            :

KHAFRE RAHEEM JOHNSON,       :

                            :

              Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 27th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.